IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

ANGELA TURLEY,

        Plaintiff,

v.                                CIVIL ACTION NO. 3:18-1474

WESTERN REGIONAL JAIL,
BRITTANY ADKINS, and
MEDICAL STAFF,

        Defendants.

**MEMORANDUM OPINION AND ORDER**

This action was referred to the Honorable Dwane L. Tinsley, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted findings of fact and recommended that the Court grant PrimeCare's Motion to Dismiss and Alternative Motion for Summary Judgment (ECF No. 17), dismiss the claims against PrimeCare Medical of West Virginia, Inc., and/or its "Medical Staff," and leave this matter referred to the Magistrate Judge for additional proceedings concerning the claims against the other defendants. No party has filed objections to the Magistrate Judge's findings and recommendation.

Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge insofar as it **GRANTS** PrimeCare's Motion to Dismiss and Alternative Motion for Summary Judgment (ECF No. 17), and **DISMISSES** the claims against PrimeCare Medical of West Virginia, Inc., and/or its "Medical Staff."  It is so **ORDERED.**

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

ENTER: January 9, 2020

_____
ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE